Kristy A. Hernandez, SBN: 231141
HERNANDEZ LAW & REALTY
6939 Sunrise Blvd, Suite 111
Citrus Heights, CA 95610
Phone: (916) 728-1500
Facsimile: (916) 728-1515
E-Mail: Kristy@hlawrealty.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

PETER MAYNC

Debtor(s).

Case No.: 22-30559 DM

Chapter 13

**DECLARATION OF DEBTOR REGARDING HOMESTEAD EXEMPTION**

I, Peter Maync, debtor in the above referenced bankruptcy case, declare as follows:

1. I have owned my residence located at 4350 Paradise Drive, Tiburon, CA 94920 since October 1987.

2. On my Schedule C, I claimed a homestead exemption in the amount of $626,400.00.

3. No part of the value of my residence is attributable to the transfer or disposition of any property within the 10 year period prior to the filing of this bankruptcy case with the intent to hinder, delay or defraud a creditor.

4. I have not been convicted of a felony (as defined in section 3156 of title 18).

- 1 -

5. I do not owe any debt arising from any violation of the Federal securities laws (as defined in section 3(a)(47) of the Securities Exchange Act of 1934), any State securities laws, or any regulation or order issued under Federal securities laws or State Securities laws.

6. I do not owe any debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

7. I do not owe any debt arising from any violation of any civil remedy under section 1964 of title 18.

8. I do not owe any debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I, Peter Maync, declare under penalty of perjury that the foregoing is true and correct.

Dated: Dec 4, 2022

_____
PETER MAYNC
Debtor

Case: 22-30559   Doc# 23   Filed: 12/05/22   Entered: 12/05/22 16:13:06   Page 2 of 2